UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ROBBIE WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-00178-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| FORD MOTOR COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

All pending motions are **DENIED as moot**.

The Court further **certifies** that an appeal of this action would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

This the 2nd day of August, 2023.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Plaintiff, *pro se*
A958.014